# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS HUNT

VERSUS

KYLIE E. JOHNSON, ARCH
INSURANCE COMPANY, COOP RPG,
INC., AND CHICK-FIL-A, INC.

NO.   2024 CW 0822

**NOVEMBER 4, 2024**

---

In Re:   Kylie E. Johnson, Arch Insurance Company, and CMS
Squared Management, LLC, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 733703.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.**

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT